IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jackqulin Timmons, | ) | C/A No. 3:09-652-MJP-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Richland County Sheriff Office, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, who is represented by counsel, filed this matter alleging violations of her civil rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. by the named defendant. The defendant filed a motion for summary judgment on March 21, 2011, pursuant to the Federal Rules of Civil Procedure.  (ECF No. 79.)  The plaintiff twice obtained from the court an extension of time to respond to the defendant's motion.  (ECF Nos. 82, 84, 86 & 87.)  Despite her extensions of time, the plaintiff has failed to respond to the motion in accordance with Local Civil Rule 7.06 DSC.  As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendant's motion for summary judgment within seven (7) days from the date of this order.  Plaintiff is further advised that if she fails to respond, this action may be decided on the record presented in support of the defendants' motion, see Local Civil Rule

PJG

7.06 DSC, or may be recommended for dismissal with prejudice for failure to prosecute.  See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 26, 2011
Columbia, South Carolina